James C. McWhorter
315183 - B205
St. Joseph Co. Jail
401 W. Sample St.
South Bend, IN 46601

MAILED FROM
ST. JOSEPH COUNTY JAIL

United States District Court
Middle District of Tennessee
800 United States Courthouse
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
AUG 11 2016
U.S. DISTRICT COURT
MID. DIST. TENN.