UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:07-cr-00159 |
| | ) | JUDGE CRENSHAW |
| JAMES C. MCWHORTER, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Government's Motion to Reopen Case (Doc. No. 702). The Defendant is **DIRECTED** to file a response to the motion by **March 7, 2017**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE