UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-00159 |
| ) | JUDGE CRENSHAW |
| JAMES McWHORTER ) | |

## NOTICE OF APPEARANCE

Comes undersigned counsel, Michael C. Holley, Assistant Federal Public Defender, and hereby gives notice of his appearance as attorney of record in the above-styled cause and requests that all documents filed from this date forward be served upon him.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR # 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for James McWhorter

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2017, I electronically filed the foregoing Notice of Appearance with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY