# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **United States of America,** | )<br>)<br>) |
| v. | )<br>)   No. 3-07-cr-00159-1<br>)   **Judge Aleta Trauger**<br>) |
| **James C. McWhorter**, | )<br>) |
| *Defendant.* | )<br>)<br>) |

## Notice of Appearance

Comes now John Tennyson, Attorney at Law, and hereby gives notice of his representation of James Christopher McWhorter in this matter.

Date: August 6, 2018

                                            Respectfully Submitted,

                                            John Tennyson (BPR# 32777)
                                            611 Commerce Street
                                            Suite 2609
                                            Nashville, Tennessee 37203
                                            615-506-3108
                                            jtennyson@nashville-law.com

                                            _____/s/ John Tennyson_____
                                            **John Tennyson**

1
*Notice of Appearance*
Case 3:07-cr-00159   Document 710   Filed 08/06/18   Page 1 of 2 PageID #: 4722

## Certificate of Service

I, John Tennyson, do hereby certify that I have forwarded a true and correct copy of the foregoing pleading via CM/ECF to the United States Attorney's Office for the Middle District of Tennessee:

S. Carren Daughtry
*Assistant United States Attorney*
110 9th Ave S
# A961
Nashville, TN 37203

On this 6th day of August 2018.

/s/ John Tennyson
**John Tennyson**