# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **United States of America,** | )<br>)<br>) |
| v. | )<br>)     No. 3-07-cr-00159-1<br>)     **Judge Aleta Trauger**<br>) |
| **James C. McWhorter**, | )<br>)<br>) |
| *Defendant.* | )<br>) |

### Order

**THIS CAUSE** came to be heard upon the Defendant's Motion to Terminate Supervised Release. After being sufficiently advised, and after due consideration, this Court finds that Mr. McWhorter has been on Supervised Release for more than a year, so is eligible for early termination. This Court further finds that early termination, in Mr. McWhorter's case, is appropriate. Therefore, the Motion is **GRANTED**.

Mr. McWhorter's Supervised Release is terminated as of the date this Order is entered.

**IT IS SO ORERED** this _____ day of _____, 2018.

_____
**Hon. Aleta Trauger**
*United States District Court Judge*