

# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1639 • (415) 538-2300
845 S. FIGUEROA STREET • LOS ANGELES, CALIFORNIA 90017-2515 • (213) 765-1500

### Admission Status

Following are the requirements for admission to practice law in California and your status toward fulfilling those requirements.

**Please note:** The information below is current as of 07/15/18 22:03:07 PM. Any recent changes in your status will be reflected when the next update is received.

| | |
|---|---|
| File Number: | ▓▓▓▓▓ |
| Name: | McWhorter, James Christopher |
| Address: | 400 Chaney Rd Apt 910 |
| | Smyrna, TN 37167 |

## REGISTRATION

| | |
|---|---|
| Admission requirement: | Register with the Office of Admissions |
| Applicant status: | Requirement satisfied |
| Application status: | Application approved, 3/22/2018 |
| NCBE#: | N▓▓▓▓ |

## FIRST-YEAR LAW STUDENTS' EXAMINATION

| | |
|---|---|
| Admission requirement: | Pass the First-Year Law Students' Examination or establish exemption |
| Applicant status: | Requirement not satisfied |
| FYLSE required status: | Examination is required based on current information on file |

| | |
|---|---|
| Last exam applied for: | |
| Application status: | No application on file |
| Eligibility status: | No application on file |
| Assigned test center: | |
| Admittance ticket: | |

## CALIFORNIA BAR EXAMINATION

| | |
|---|---|
| Admission requirement: | Pass the California Bar Examination |
| Applicant status: | Requirement not satisfied |

| | |
|---|---|
| Last exam applied for: | |
| Application status: | No application on file |
| Eligibility status: | No application on file |
| Assigned test center: | |
| Admittance ticket: | |

Please note: The information below is current as of 07/15/18 22:03:07 PM. Any recent changes in your status will be reflected when the next update is received.

## MORAL CHARACTER

| | |
|---|---|
| Admission requirement: | Have an active positive moral character determination on file |
| Applicant status: | Requirement not satisfied |
| Application status: | No Moral Character Application on file |
| Expiration Date: | |

## MULTI-STATE PROFESSIONAL RESPONSIBILITY EXAMINATION

| | |
|---|---|
| Admission requirement: | Have a passing MPRE score on file |
| Applicant status: | Requirement not satisfied |

## COMPLIANCE WITH COURT OBLIGATIONS

| | |
|---|---|
| Admission requirement: | Be in compliance with all court ordered child/family support obligations |
| Applicant status: | Requirement satisfied |

## OUTSTANDING BALANCE DUE FOR FEES

| | |
|---|---|
| Admission requirement: | Have no outstanding balance due |
| Applicant status: | Requirement satisfied |

## ADMINISTRATIVE ISSUES

| | |
|---|---|
| Admission requirement: | All administrative issues must be cleared |
| Applicant status: | No administrative issues at this time |

## QUALIFIED TO BE ADMITTED TO PRACTICE LAW

| | |
|---|---|
| Admission requirement: | Name must be on motion to the Supreme Court of California and applicant must be sworn in as an attorney within five years of the last day of the California Bar Examination passed |
| Applicant status: | Not on motion<br>See above for requirement(s) |



# American Institute of Law

Unofficial Transcript
18411 Crenshaw Blvd. Suite 416, Torrance, CA 90504-5066
Phone: 888-412-4593, Fax: 888-657-1895

STUDENT:
McWhorter, James Christopher
Student ID: 
Enrolled: Mar 18, 2018
Birthdate: 

## Juris Doctor
**First Year Spring - 2018-2019** - 03/18/2018 - 03/16/2019

| Course | Name | Attempted Credits | Earned Credits | Grade | Points |
|---|---|---|---|---|---|
| Law 100 | Introduction to Law | 1.00 | 1.00 | P | -- |
| Law 101 | Contracts | 7.00 | -- | IP | -- |
| Law 102 | Torts | 7.00 | -- | IP | -- |
| Law 103 | Criminal Law | 6.00 | -- | IP | -- |
| Law 104 | Legal Research and Writing | 2.00 | -- | IP | -- |
| Law 105 | First-year Review | 3.00 | -- | IP | -- |
| **Totals** | | **26.00** | **1.00** | **Term GPA: 0.00** | **Cumulative GPA: 0.00** |

### Cumulative

| Attempted Credits | Earned Credits | Points | GPA |
|---|---|---|---|
| 26.00 | 1.00 | 0.00 | 0.00 |

AUD = Audit
I = Incomplete
IP = In Progress
R = Retake
W = Withdraw



# American Institute of Law

Unofficial Transcript
18411 Crenshaw Blvd. Suite 416, Torrance, CA 90504-5066
Phone: 888-412-4593, Fax: 888-657-1895

STUDENT:
McWhorter, James Christopher
Student ID: ▇▇▇▇▇▇▇▇
Enrolled: Mar 18, 2018
Birthdate ▇▇▇▇▇▇▇▇

### Law 100

**Name:** Introduction to Law

**Description:**
In this introductory course, the student discovers the basic concepts of law and the history of the American system of jurisprudence and juristic theory that originated from, and was developed and formulated through, the common law of England and is now recognized as an organic part of the jurisprudence of most of the United States. Students are introduced to important legal terminology, basic legal analysis, and practice of the law. An orientation to legal writing is presented with an emphasis on case briefing skills.

### Law 101

**Name:** Contracts

**Description:**
Students will study both the common law contract principles relating to contracts for services and the Uniform Commercial Code contract principles relating to contracts for goods.. They will learn the rules governing the formation of contracts such as offer, acceptance, consideration & defenses, such as, the statute of frauds, capacity, illegality, misrepresentation/fraud, duress, unconscionability, undue influence and mistake. Students will also study contractual conditions, third-party rights, assignments, delegations & the law pertaining to the enforcement of contracts, liability & remedies for breach of contract.

### Law 102

**Name:** Torts

**Description:**
This course is a survey of civil causes of action for which an injured party may seek redress and compensatory relief in court. Students will learn various theories of tort liability including intentional torts to person and property such as assault, battery, false imprisonment, trespass and infliction of emotional distress. Students will also examine the law relating to causes of action for ordinary and professional negligence, wrongful death, products liability, and dignitary torts such as invasion of privacy, defamation, constitutional torts and nuisance. They will also examine strict liability causes of action such as pet ownership and products liability. Finally, students will examine tort defenses of privilege, mistake, self-defense, consent, necessity, immunity, contributory and comparative negligence and assumption of the risk.

### Law 103

**Name:** Criminal Law

**Description:**
Students will examine the common law and the modern criminal justice systems including their theory of punishment, classification of crimes, criminal causation and elements of various crimes. Students will study the criminal culpability rules applicable to perpetrators such as principals, accessories & accomplices. Students will learn the elements of various crimes committed against persons such as homicide, assault, battery, rape and mayhem. They will also study property crimes such as larceny, embezzlement, false pretenses, receiving stolen property, robbery, burglary & arson. Further, students will examine the inchoate crimes of attempt, solicitation and conspiracy, and will also learn many affirmative defenses including mistake, selfdefense, consent, infancy, insanity, intoxication, duress, necessity, and entrapment.

### Law 104

**Name:** Legal Research and Writing

**Description:**
This course will provide students with instruction related to both the concepts behind and practical applications of legal writing, research, and analysis. This course will include instruction in understanding and utilizing primary sources of law including case law, statutory and constitutional law as well as secondary, non-binding sources of law. Students will also receive instruction related to the basics of legal research, both traditional and online, and its importance to the legal process. Students will be introduced to the use and benefits of their Westlaw account.



# American Institute of Law
Unofficial Transcript
18411 Crenshaw Blvd. Suite 416, Torrance, CA 90504-5066
Phone: 888-412-4593, Fax: 888-657-1895

STUDENT:
McWhorter, James Christopher
Student ID:
Enrolled: Mar 18, 2018
Birthdate:

**Law 105**

**Name:** First-year Review

**Description:**
    This course is designed to assist the student in their preparation for the First Year Law Students? Exam (FYLSX). All of the classes will include substantive review, exploring the answers to multistate questions and analyzing essay techniques and approaches. Every week students are required to write answers to two essays distributed each week. The answers the students submit for the questions will be returned with sample answers.

American Institute of Law
18411 Crenshaw Blvd. Suite 416, Torrance, CA 90504-5066
888-412-4593

# Enrollment Verification Letter

Student Name: McWhorter, James Christopher

Student ID: ███████

This information current as of: Jul 16, 2018

**Juris Doctor**

| **Term Name** | **Term Dates** | **Student Status** |
| --- | --- | --- |
| First Year Spring | 03/18/2018 - 03/16/2019 | Enrolled |