

**California**
———————— //
27750 Entertainment Drive
Valencia, CA 91355

**Texas**
———————— //
5040 Addison Circle, Suite 300
Addison, TX 75001

**New York**
———————— //
One Computer Associates Plaza, Suite 105
Islandia, NY 11749

**Colorado**
———————— //
3461 Ringsby Ct, Suite 140
Denver, CO 80216

To Whom it May Concern:

This letter is concerning the law firm of Tennyson & Wiggington, PLLC. We designed their website, www.nashville-law.com. During the design process, our company requests Bar numbers from all attorneys listed on the website. During the interview process, we spoke with Mr. John Tennyson and Christopher McWhorter. When asked for a Bar number both Mr. Tennyson and Mr. McWhorter immediately informed us that Mr. McWhorter was not an attorney.

During the process one of our project managers believed Mr. McWhorter was an attorney, even though Mr. McWhorter and Mr. Tennyson have always been very explicit that he is not. When the website was finished, we posted it live. During this process, there are always errors that need to be fixed, and we try to be very responsive to those fixes. The day that it went live, Tennyson & Wiggington contacted us and pointed out that Mr. McWhorter was listed as and referenced as an attorney. We thought most of that information was caught and removed. But, apparently there were numerous references to Mr. McWhorter still being an attorney on the website.

Scorpion did not intend to make this mistake and we are reviewing our process to ensure it does not occur in the future

Mr. McWhorter contacted us in February 2018, notifying us that a bar complaint and court order had been filed concerning his possible unauthorized practice of law, with our website as an exhibit to both the complaint and the information presented to the court leading to the conclusion of a possible violation of law based upon Mr. McWhorter not being an attorney. We are providing this letter to clear up any issues concerning that.

At no time has Mr. McWhorter held himself out to be an attorney to any staff member at Scorpion and that information should not have been placed on the website. We deeply apologize for any wasted resources this may have caused, but neither Tennyson & Wiggington nor Mr. McWhorter have anything to do with the language on the website referring to Mr. McWhorter as an attorney.

If you have any questions concerning this matter, please feel free to contact me at leif@scorpion.co

(661) 568-7440

Sincerely,

Leif Berg

866.622.5648
www.Scorpion.co