UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:07-cr-00159-1 |
| | ) | CHIEF JUDGE CRENSHAW |
| JAMES C. MCWHORTER, | ) | |
| Defendant. | ) | |

### ORDER

It is hereby **ORDERED** that this case is transferred U.S. District Judge Aleta A. Trauger for all purposes.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE